IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE,  :<br>:<br>Plaintiff,  :<br>:<br>-v-  :<br>:<br>NATIONAL COMMERCIAL  :<br>SERVICES, INC., EXPERIAN  :<br>INFORMATION SOLUTIONS, INC.,  :<br>TRANS UNION, LLC, and EQUIFAX  :<br>INFORMATION SERVICES, LLC,  :<br>:<br>Defendant.  :<br>:<br>:  | CIVIL ACTION<br><br>FILE NO. 1:14-cv-00515-TWT-LTW |

## NOTICE OF DISMISSAL OF LESS THAN ALL PARTIES

Comes Plaintiff Roland Carlisle and, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure,* and, with the consent of all parties before the court, hereby dismisses this action against Trans Union, LLC ONLY with prejudice. Plaintiff Roland Carlisle's claims against the remaining Defendants

remain pending before the court.

    This the 30th day of July, 2014.

                      Respectfully Submitted,

                      S/Dwight Bowen
                      Dwight Bowen
                      Georgia Bar Number 071150
                      Attorney for Plaintiff
                      235 Peachtree Street, N.E., Suite 400
                      Atlanta, Georgia 30303
                      (404) 880-3310
                      (404) 880-3332 (fax)
                      Dbowen9@aol.com

Consented to:

*/s/ Alex M. Barfield*
Alex M. Barfield
Hawkins Parnell Thackston & Young LLP
Georgia Bar No. 037147
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
Email: *abarfield@hptylaw.com*

By Dwight Bowen with express permission

Counsel for Experian Information Solutions, Inc.

*/s/ Mary Ellen Robinson*
Mary Ellen Robinson
Georgia Bar No.: 195077
JONES DAY
1420 Peachtree Street NE
Suite 1420
Atlanta, Georgia  30309-3048
Tel. (404) 581-8360
Email: *merobinson@jonesday.com*

By Dwight Bowen with express permission

Counsel for Equifax Information Services, LLC:

*/s/ K. Ann Broussard*
K. Ann Broussard (Ga. Bar No. 100142)
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: *abroussard@kslaw.com*

By Dwight Bowen with express permission