IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| -v- | : |
| | : FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC, | : |
| | : |
| Defendant. | : |

**NOTICE OF DEPOSITION**

TO:  Equifax Information Services, Inc.
C/O Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521

Pursuant to F.R.Civ.P. 30(b)(6), Plaintiff Roland Carlisle, through undersigned counsel, requests that Defendant Equifax Information Services, Inc. (hereinafter referred to as "Equifax"), designate an officer or other knowledgeable representative(s) to testify regarding the Plaintiff's credit file, other information maintained by Defendant Experian regarding Plaintiff. and all information received from Defendant

National Commercial Services, Inc. ("NCS") regarding Plaintiff. Additionally, the representative(s) should be knowledgeable as to communications received from furnishers of information pertaining to Plaintiff including Defendant NCS, the disputes made by Plaintiff of the accuracy of information in his credit file and/or credit reports, Equifax's practices and procedures in conducting investigations of consumer disputes, generally, and, in particular, the disputes made by Plaintiffs of information in his credit files and appearing on his credit reports. The designated officer(s) or representative(s) should be able to answer questions regarding the following topics:

1. The timing and content of communications made by National Commercial Services, Inc. (hereinafter referred to as "NCS") to Equifax regarding Plaintiff;

2. The disputes made by Plaintiff of the information supplied to Equifax by NCS regarding Plaintiff;

3. NCS responses the information communicated by Equifax regarding the Plaintiff's disputes of information supplied by NCS

4. In addition the representative(s) should be able to testify that the documents reflecting or incorporating the information requested meet the requirements of Federal Rule of Evidence 803(6) business record exception to the hearsay rule in that the documents or data entries were:

(A) made at or near the time by, or from information transmitted by, a person with knowledge;

(B) made pursuant to a regular practice of Equifax's business activity;

(C) kept in the course of regularly conducted business activity; and

(D) the source, method, or circumstances of preparation must not indicate a lack of trustworthiness.

**PLEASE TAKE NOTICE** that on the 31<u>st day of March, 2015,</u> beginning at 10:00 A.M. at the office of Dwight Bowen, Suite 400, 235 Peachtree Street, NE, Atlanta, Georgia 30303, Plaintiff will take the deposition of the designated officers or other knowledgeable representatives pursuant to F.R.Civ.P. 30 before a certified court reporter which will be recorded by stenographic means.  Deponent(s) are requested to bring to the Deposition those documents listed on Exhibit A.  The oral examination will continue from day to day until completed or concluded in accordance with the Court rules of the U.S. District Court for the Northern District of Georgia.  Said deponent(s) will be examined for the purposes of discovery and any and all purposes allowed by

law.  You are invited to attend the deposition.

This  17th   day of March, 2015.

                                              Respectfully submitted,

                                              S/Dwight Bowen
                                              Dwight Bowen
                                              Georgia Bar Number 071150
                                              Attorney for Plaintiff
                                              235 Peachtree Street, N.E., Suite 400
                                              Atlanta, Georgia 30303
                                              (404) 880-3310
                                              (404) 880-3332 (fax)

# EXHIBIT A

1.A copy of each and every document pertaining to or evidencing communication(s) or contact(s) between you and Defendant NCS which in any way references Plaintiff.

2.A copy of each and every document pertaining to or evidencing each archived consumer disclosure and subscriber version credit report maintained regarding plaintiff.

3.Any ACDV generated by Equifax regarding Plaintiff in the last four years.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| -v- | : |
| | : FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL | : |
| SERVICES, INC., EXPERIAN | : |
| INFORMATION SOLUTIONS, INC., | : |
| TRANS UNION, LLC, and EQUIFAX | : |
| INFORMATION SERVICES, LLC, | : |
| | : |
| Defendant. | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this Notice of Deposition using the CM/ECF system which will automatically send e-mail notification of each filing to the following attorneys of record:

Mary Ellen Robinson, Esq.
Email: *merobinson@jonesday.com*
Counsel for Experian Information Solutions, Inc.

Brian J. Olson, Esq.
Email: *BJOlson@kslaw.com*
Counsel for Equifax Information Services, LLC:

This  17th  day of July, 2015.

                                                      S/Dwight Bowen
                                                      Dwight Bowen