IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| -v- : | |
| : | FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL : | |
| SERVICES, INC., EXPERIAN : | |
| INFORMATION SOLUTIONS, INC., : | |
| TRANS UNION, LLC, and EQUIFAX : | |
| INFORMATION SERVICES, LLC, : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF DISMISSAL OF LESS THAN ALL PARTIES

Comes Plaintiff Roland Carlisle and, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure,* and, with the consent of all parties before the court, hereby dismisses this action against Equifax Information Services, LLC ONLY with prejudice. Plaintiff Roland Carlisle's claims against Defendants

Experian Information Solutions, Inc. and National Commercial Services, Inc. remain pending before the Court.

This the 23rd day of June, 2015.

                            Respectfully Submitted,

                            S/Dwight Bowen
                            Dwight Bowen
                            Georgia Bar Number 071150
                            Attorney for Plaintiff
                            235 Peachtree Street, N.E., Suite 400
                            Atlanta, Georgia 30303
                            (404) 880-3310
                            (404) 880-3332 (fax)
                            Dbowen9@aol.com

Counsel for Equifax Information Services, LLC:

*/s/ Brian J. Olson*
Brian J. Olson  (Ga. Bar No. 553054)
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: *BJOlson@kslaw.com*

By Dwight Bowen with express permission