IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROLAND CARLISLE,
   Plaintiff,
     v.
NATIONAL COMMERCIAL
SERVICES, INC., et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-515-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending denying the Defendant National Commercial Services' Motion to Vacate Default [Doc. 38]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant National Commercial Services' Motion to Vacate Default [Doc. 38] is DENIED.

SO ORDERED, this 7 day of July, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Carlisle\r&r.wpd