IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| -v- | : |
| | : FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL | : |
| SERVICES, INC., EXPERIAN | : |
| INFORMATION SOLUTIONS, INC., | : |
| TRANS UNION, LLC, and EQUIFAX | : |
| INFORMATION SERVICES, LLC, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**MOTION TO EXTEND THE TIME WITHIN WHICH PLAINTIFF
MAY RESPOND TO DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**

COME NOW, Plaintiff Roland Carlisle ("Plaintiff"), and moves the Court to extend the time within which Plaintiff may respond to the Motion for Summary Judgment (the "Motion") filed by Defendant Experian Information Solutions, Inc. ("Experian") and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves the Court to enter an Order extending the time to respond to said Motion through and until December 11, 2015. In support of this Motion, the Plaintiff shows the Court the following:

1.

On February 21, 2014, Plaintiff Roland Carlisle commenced this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*.

2.

On November 11, 2015, Defendant Experian filed its Motion. [Doc.61].

3.

Plaintiff had through and until December 7, 2015 to respond to the Motion, i.e. 21 days plus three for mailing. L.R.56.1A

4.

Through a calendaring error, Plaintiff's counsel set the response to the Motion for December 10, 2015.

5.

In checking the Court's calendar today, Plaintiff's counsel realized his calendaring error.

6.

Counsel has been finalizing Plaintiff's response to the Motion this week but because of the press of other business realizes he will not be able to file Plaintiff's response today.

2

7.

Plaintiff's counsel apologizes to the Court for his error and respectfully requests that the Court extend the time for Plaintiff to file his response to Defendant's Motion through and until December 11, 2015.

Wherefore Plaintiff Roland Carlisle moves the Court, for good cause shown pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enter an Order extending the time within which Plaintiff Carlisle my respond to Motion for Summary Judgment filed by Defendant Experian through and until December 11, 2015.

Respectfully submitted,

*/s/ Dwight Bowen*
Law Office of Dwight Bowen
Georgia Bar No.: 071150
Attorney for Plaintiff
235 Peachtree Street, NE
Suite 400
Atlanta, GA 30303
(404) 880-3310
Facsimile (404) 880-3332
Email: *dbowen9@aol.com*

## **CERTIFICATION OF COMPLIANCE AS TO FONT SIZE**

The undersigned counsel certifies that the foregoing Request has been prepared with 14 point Times New Roman font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1B.

S/Dwight Bowen
Dwight Bowen

## CERTIFICATE OF SERVICE

This is to certify that the foregoing pleading has been served on Defendant Experian Information Solutions, Inc. electronically through the Court's ECF system on the following parties:

Mary Ellen Robinson
merobinson@jonesday.com


This 10th day of December, 2015.

S/Dwight Bowen
Dwight Bowen