## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ROLAND CARLISLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:14-CV-00515** |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC., TRANS** | ) | |
| **UNION, LLC, and NATIONAL** | ) | |
| **COMMERCIAL SERVICES,** | | |
| **INC.,** | | |
| | | |
| **Defendants.** | | |

---

### EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 27(a)(3), Experian Information Solutions, Inc. ("Experian") hereby responds in opposition to Plaintiff's Motion for Extension of Time to Respond to Experian's Motion for Summary Judgment. (ECF No. 62).

In support of its Motion, Experian submits the following:

1.      Experian filed and served its Motion for Summary Judgment in the above-captioned matter on November 11, 2015.  (ECF No. 61).

2.      N.D. Ga. L. R. 56.1 dictates Plaintiff's response to Experian's Motion for Summary Judgment be filed no later than December 7, 2015.

3.      Plaintiff failed to respond to Experian's Motion for Summary Judgment within the time specified by N.D. Ga. L. R. 56.1.

4.      On December 10, 2015, after the deadline for filing his Response had passed, Plaintiff filed a Motion for Extension of Time to Respond to Experian's Motion for Summary Judgment.  (ECF No. 62).

5.      Plaintiff did not notify Experian of his intent to file said Motion, nor did he confer with Experian regarding its consent or opposition to said Motion.

6.      N.D. Ga. L.R. 7.1(b) provides that a "[f]ailure to file a response [to a motion] shall indicate that there is no opposition to the motion."

7.      Experian therefore submits its opposition to Plaintiff's Motion for Extension of Time to Respond to Experian's Motion for Summary Judgment.  (ECF No. 62).

WHEREFORE, Experian respectfully requests that this court DENY Plaintiff's Motion for Extension of Time to Respond to Experian's Motion for Summary Judgment.

Dated: December 11, 2015          Respectfully submitted,

_s/Mary Ellen Robinson_
Mary Ellen Robinson
  (Ga. Bar No. 195077)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
(404) 581-8360/Telephone
(404) 581-8330/Facsimile
*Attorney for Defendant Experian*
*Information Solutions, Inc.*

## <u>CERTIFICATION OF COMPLIANCE AS TO FONT SIZE</u>

Undersigned counsel certifies that the foregoing has been prepared with 14

point Times New Roman font, as approved by the Court in Local Rule 5.1B.

Dated: December 11, 2015                 Respectfully submitted,

*<u>s/Mary Ellen Robinson        </u>*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2015, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Dwight Bowen
Georgia Bar Number 071150
Attorney for Plaintiff Roland Carlisle
235 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30303
(404) 880-3310
dbowen9@aol.com

*s/Mary Ellen Robinson*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*