IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| -v- | : |
| | : FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL | : |
| SERVICES, INC., EXPERIAN | : |
| INFORMATION SOLUTIONS, INC., | : |
| TRANS UNION, LLC, and EQUIFAX | : |
| INFORMATION SERVICES, LLC, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

**PLAINTIFF ROLAND CARLISLE'S  MOTION TO STRIKE
OR DISREGARD DECLARATION OF KIMBERLY
<u>HUGHES AND OTHER INADMISSIBLE MATTERS</u>**

COMES NOW Plaintiff Roland Carlisle ("Carlisle") and, by and through his undersigned counsel, hereby moves the Court for an order striking the Declaration of Kimberly Hughes [Doc. 61-6]   (hereinafter the "Hughes Declaration") and two inadmissible documents.  In support of this Motion, Plaintiff shows the Court the following:

1.

On November 11, 2015, Defendant Experian filed its First Motion for Summary

Judgment (the "Motion").

2.

Filed in support of the Motion was the Affidavit of Kimberly Hughes ("Hughes Affidavit"). [Doc.61-6].

3.

Prior to filing the Hughes Affidavit, Defendant had not identified Ms. Hughes as a witness having knowledge of discoverable information as required by Fed.R.Civ. P. 26(a).

4.

Pursuant to Fed.R.Civ.P. 37(c)(1), Plaintiff moves the Court to strike the Hughes Affidavit as a sanction for Defendant's failure to timely identify Ms. Hughes.

5.

In any event Paragraphs 4, 10, 11, 16, 17, 18, and 19 of the Hughes Affidavit are inadmissible and should be stricken as conclusory and not made of personal knowledge.

6.

The ACDV [Doc. 61-9] and the DTAG Operations document [61-4] should be stricken because neither document was properly authenticated.

Where for Plaintiff prays that the Court strike the Affidavit of Kimberly Hughes or, alternatively, strike the inadmissible Paragraphs of said Affidavit and strike the unauthenticated ACDV and DTAG Operations documents.

Respectfully submitted,

S/Dwight Bowen
Dwight Bowen
Attorney for Plaintiff
Georgia Bar No. 071150
235 Peachtree Street, NE, Suite 400
Atlanta, GA 30303
(404) 880-3310 (Telephone)
(404) 880-3332 (Facsimile)

## **CERTIFICATION OF COMPLIANCE AS TO FONT SIZE**

The undersigned counsel certifies that the foregoing Request has been prepared with 14 point Times New Roman font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1B.

                                                S/Dwight Bowen
                                                Dwight Bowen

**CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing pleading with the clerk of the court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

Mary Ellen Robinson, Esq.
JONES DAY
Email: *merobinson@jonesday.com*

This 12th day of December, 2015.

*S/Dwight Bowen*
Dwight Bowen