IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROLAND CARLISLE,

    Plaintiff,

      v.

NATIONAL COMMERCIAL
SERVICES, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-515-TWT

**ORDER**

This is an action seeking damages under the Fair Credit Reporting Act and the Georgia Fair Business Practices Act. It is before the Court on the Report and Recommendation [Doc. 91] of the Magistrate Judge recommending that the Plaintiff's Motion for Default Judgment [Doc. 83] be GRANTED. The Magistrate Judge did not err in failing to recommend an award of punitive damages. As set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff failed to show that the Defendant acted willfully based upon the law in 2013. The Defendant's objections to the Report and Recommendation are entirely without merit. The Plaintiff's statements in his Declaration as to his own mental suffering are not hearsay. The damages recommended are not excessive. The Court approves and adopts the

Report and Recommendation as the judgment of the Court. The Clerk is directed to enter a judgment in favor of the Plaintiff and against the Defendant National Commercial Services, Inc. in the amount of $22,000.00.

SO ORDERED, this 20 day of March, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge