IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROLAND CARLISLE, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| -v- | : |
| | : FILE NO. 1:14-cv-00515-TWT-LTW |
| NATIONAL COMMERCIAL | : |
| SERVICES, INC., EXPERIAN | : |
| INFORMATION SOLUTIONS, INC., | : |
| TRANS UNION, LLC, and EQUIFAX | : |
| INFORMATION SERVICES, LLC, | : |
| | : |
| Defendants. | : |
| | : |

**PLAINTIFF'S MOTION
FOR AN AWARD OF ATTORNEYS' FEES**

COMES NOW, Roland Carlisle ("Carlisle"), Plaintiff in the above-styled action, and as the prevailing party herein moves the court for an Order awarding Plaintiff attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and O.C.G.A. §10-1-399(d) against Defendant National Commercial Services, Inc. ("NCS"). In support of his Motion, Plaintiff Carlisle shows the court the following:

1.

On February 21, 2014, Plaintiff Carlisle filed this action against Defendant NCS seeking damages and attorney's fees for violations of the Fair Debt Collection

Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* together with a state law claim under the Georgia Fair Business Practices Act ("GFBPA"), O.C.G.A. § 10-1-390 *et seq.* Plaintiff Carlisle also asserted claims under FCRA and the GFBPA against Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Equifax Information Services, LLC ("Equifax"), and Defendant Trans Union, LLC ("Trans Union"). [Doc. 1].

2.

On May 16, 2014, Plaintiff Carlisle filed a First Amended Complaint [Doc. 6] against all Defendants.[1]

3.

After Defendant NCS failed to timely file an Answer, the Clerk, at Plaintiff's request, made an entry of default on July 13, 2014, and, on November 3, 2014, Defendant NCS filed a Motion to Vacate Default. [Doc. 38].

4.

Plaintiff filed an Opposition to the Motion and on June 15, 2015, Magistrate

---

[1]During the course of these proceedings, Plaintiff Carlisle has dismissed his claims against Equifax, Trans Union and Experian.

Judge Martin recommended that the Motion be denied [Doc. 53] which recommendation was adopted by the Court. [Doc.56].

5.

On December 23, 2016, Plaintiff Carlisle filed a Motion for Default Judgment. requesting that a judgment be entered against Defendant NCS. [Doc.83]

6.

Defendant filed an Opposition to the Motion and a Motion to Strike certain Declarations and, on March 22, 2017, Magistrate Judge Martin recommended that default judgment be granted against Defendant NCS on Plaintiff's FDCPA, GFBPA and FCRA claims and awarded damages of $22,000.00 on the FDCPA and GFBPA claims. [Doc. 91]

7.

On March 20, 2017, Judge Thrash adopted the Recommendation as the Order of the Court and awarded $22,000.00 in damages. [Doc. 95].

8.

In support of this Motion, Plaintiff relies on the Declaration of Dwight Bowen in Support of an Award of Attorney's Fees setting forth his hour rate and time spent which is attached hereto as Exhibit A together with the Declaration of Richard A. Lee

setting forth hour rates for attorneys appearing in the United States District Court for the Northern District of Georgia .

9.

Plaintiff's attorney, Dwight Bowen, has expended a total of 80.9 hours on behalf of Plaintiff Carlisle in litigating his claims against Defendant NCS.   ¶10, Declaration of Attorney Dwight Bowen in Support of Plaintiff's Motion for an Award of Attorneys' Fees (hereinafter "Bowen Declaration") which is attached hereto as Exhibit A.

10.

The hourly rate for attorneys with 31+ years of experience in the United Stated District Court of Georgia is within the range of $450.00 to $550.00 and the customary hourly rate for the services provided by Dwight Bowen for litigation in federal court is $450.00 per hour. _Bowen Declaration_, ¶10; _Declaration of Richard A. Lee._

10.

The reasonable attorneys' fee for the services of Dwight Bowen in this matter is $36,405.00 (80.90 hours X $450.00 per hour = $36,405.00). _Bowen Declaration_, ¶11.

11.

Plaintiff's attorney will submit a Supplemental Declaration after the completion of the briefing of this Motion detailing the time expended on bringing this Motion.

12.

This Motion is further supported by the accompanying Memorandum of Law.

WHEREFORE, because Dwight Bowen expended $36,405.00 reasonable attorneys' fees, Plaintiff Roland Carlisle requests that the Court ward total attorneys' fees of $36,405.00 together with costs of $610.00 for a total award of $37,105.00.

>Respectfully submitted,
>
>S/Dwight Bowen
>Dwight Bowen
>Attorney for Plaintiff Roland Carlisle
>Georgia Bar No. 071150
>235 Peachtree Street, NE, Suite 400
>Atlanta, GA 30303
>(404) 880-3310 (Telephone)
>(404) 880-3332 (Facsimile)
>Email: Dbowen9@aol.com

## **CERTIFICATION OF COMPLIANCE AS TO FONT SIZE**

The undersigned counsel certifies that the foregoing Motion has been prepared with 14 point Times New Roman font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1B.

S/Dwight Bowen
Dwight Bowen

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing pleading with the clerk of the court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

    John Bedard, Esq.
    jbedard@bedardlawgroup.com

    Nicole Marie Strickler, Esq.
    *strickler@messerstilp.com*

    This the 1st day of April, 2017.

                                               S/Dwight Bowen
                                             Dwight Bowen